BLAU | KEANE LAW GROUP, P.C.
David S. Blau (Bar No. 166825)
128 Center Street
El Segundo, California 90245
(310) 410-1900 phone - (310) 410-1901 fax
david@blaulaw.net

Attorneys for Plaintiff UNITED SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST NORTH AMERICA; AND DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:19-cv-00975-TSH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff United Specialty Insurance Company voluntarily dismisses with prejudice the above-entitled action against Defendant Amtrust North America. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

///

///

///

DATED: April 17, 2019    BLAU | KEANE LAW GROUP, P.C.,

By: ___/s/ David Blau_____
David S. Blau
Attorneys for Plaintiff UNITED SPECIALTY INSURANCE COMPANY

DATED: April 18, 2019



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA